AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****      DISTRICT OF    NEVADA

BRANT D. PRADERE,

       Plaintiff,             **JUDGMENT IN A CIVIL CASE**
   V.

                        CASE NUMBER: **3:11-CV-00241-RCJ-RAM**

CSW FINANCIAL, LLC, et al.,

       Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss [7] is GRANTED.

   July 6, 2011                              **LANCE S. WILSON**
      Date                                    Clerk

                              /s/   M. Campbell
                                  Deputy Clerk