**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANT D. PRADERE,              )<br>                                               )<br>           Plaintiff,                  )<br>                                               )         3:11-cv-00241-RCJ-RAM<br>   vs.                                       )<br>                                               )<br>CSW FINANCIAL, LLC et al.,  )         **ORDER**<br>                                               )<br>           Defendants.            )<br>_____ ) | |

This is a residential foreclosure case. The case appeared eligible for transfer to Case No. 2:09-md-02119-JAT in the District of Arizona but no party ever so moved. The Court has dismissed all claims, and the Clerk has entered judgment. Plaintiff has now asked the Court to transfer the case. Plaintiff must direct his motion to the Judicial Panel on Multidistrict Litigation. *See* 28 U.S.C. § 1407(c)(ii). Although this Court could transfer the case *sua sponte*, *see id.* § 1407(c)(i), it will not transfer a closed case.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Transfer (ECF No. 28) is DENIED.

IT IS FURTHER ORDERED that the lis pendens is EXPUNGED. (*See* ECF No. 27).

IT IS SO ORDERED.

Dated this 2nd day of September, 2011.

_____
ROBERT C. JONES
United States District Judge